UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS, INC.,

    Plaintiff,

v.

CINEVATE, INC.,

    Defendant.

Case No. C11-1361RSM

DISMISSAL ORDER

    The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order.

    IT IS SO ORDERED this 28 day of November, 2011.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

DISMISSAL ORDER - 1